# EXHIBIT A



Bulletin No.: PIC6244B
Published date: N/A

# Preliminary Information

## PIC6244B Diagnostic Aid For Vehicles With Shift To Park Message And All DTCs P1AEE P1AEF P1AF0 P1AF2 P1E22

Product Investigation Review Required

### Models

| Brand: | Model: | Model Years: | VIN: from | VIN: to | Engine: | Transmissions: |
|---|---|---|---|---|---|---|
| Chevrolet | Volt | 2016 - 2019 | All | All | All | 5ET50 (MKV) |
| Chevrolet | Malibu | 2016 - 2019 | All | All | All | 5ET50 (MKE) |
| Buick | LaCrosse | 2016 - 2019 | All | All | All | 5ET50 (MKV) |

| Involved Region or Country | North America, Korea, China |
|---|---|
| Condition | Some customers may experience a Shift to Park message with DTCs P1AEE, P1AEF, P1AF0, P1AF2, P1E22. |
| Cause | If all five DTCs are present, then there is an internal concern with the drive unit (transmission).  Important:  If only two or three of these DTCs are present, then proceed with normal SI diagnostics as the concern may not be internal to the drive unit. |

### Correction:

The drive unit (transmission) will need to be replaced.  Do not attempt any internal at this time as the drive unit is on exchange.

Please refer to the last version of PIP5321 for the Volt Transmission Exchange.

Please refer to the lasted version of  PIP5390  for the Malibu Transmission Exchange.

### Version History

| Version | 3 |
|---|---|
| Modified | 01/09/2017 - Created<br>10/17/2017 - Updated to add 2018 model Year<br>9/17/2018  - Updated to  add 2019 model year. |



GENERAL MOTORS

© 2018 General Motors. All Rights Reserved.