# EXHIBIT B

**Subject:** Engineering Information – Shift to Park Message Displayed

**Attention:** Proceed with this EI ONLY if the customer has commented about this concern AND the PIE number is listed in the Global Warranty Management / Investigate History link (GWM/IVH). If the customer has not commented about this condition or the EI does not show in GWM/IVH, disregard the PI and proceed with diagnostics found in published service information. THIS IS NOT A RECALL — refer to the latest version of Service Bulletin 04-00-89-053 for more details on the use of Engineering Information bulletins.

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| Chevrolet | Malibu | 2016 | 2018 | | | All | All |

| Involved Region or Country | North America |
|---|---|
| Condition | **Important:** If the customer did not bring their vehicle in for this concern, DO NOT proceed with this EI. |
| | Some customers may comment on after placing the transmission control (shifter) into Park, when attempting to turn the vehicle off, the vehicle will go into accessory mode but will not fully turn off. |
| | The transmission will mechanically be in Park, but the electrical circuit intended to indicate the shift lever position may not be functioning correctly. |
| Cause | GM Engineering is attempting to determine the root cause of the above condition. Engineering has a need to gather information on vehicles PRIOR to repair that may exhibit this condition. As a result, this information will be used to "root cause" the customer's concern and develop/validate a field fix. |

# Correction

If you encounter a vehicle with the above concern, complete the following:

Ask the customer the following questions:

- How frequently has the problem occurred ?
- Was the customer able to clear the message by manipulating the transmission control in any way ?

Pull the BCM park switch data and transmission data to see what gear the vehicle is in by using GDS.

**Note:** Within GDS, the Malibu may not have the shift in park data in the BCM data list.

**Important:** If you build the vehicle within GDS as a Cadillac XTS (2016-2017) and then look in the BCM data list the "In Park Switch Status" parameter is there, then build the vehicle as a Malibu and pull the transmission data to see what gear the transmission is in.

Contact one of the engineers listed below with the findings prior to attempting any repairs.

# Contact Information

| Engineer Name | Phone Number |
|---|---|
| Adam Gumul | (586) 899-5785 |
| Ryan Legato | (586) 243-5450 |

Please include the following information if leaving a message:

- Technician name
- Dealer name and phone number
- Complete VIN and repair order (R.O) number

On the repair order, document the date and time the call was placed (even if the engineer was not reached).

If engineering is unable to return the call within one hour, proceed with diagnosis and repair based on information found in SI.

## Warranty Information

If engineer was contacted or required information was provided, use:

| Labor Operation | Description | Labor Time |
|---|---|---|
| 8480658* | Engineering Information — Shift to Park Message Displayed | 0.5 hr |
| Add | If Engineer Requests Parts Back | 1.0 hr |

*This is a unique Labor Operation for Bulletin use only. It will not be published in the Labor Time Guide.

| | |
|---|---|
| **Version** | 1 |
| **Modified** | Released December 5, 2017 |