# EXHIBIT C



| | File in Section: | - |
|---|---|---|
| **Service Bulletin** | Bulletin No.: | 18-NA-297 |
| | Date: | December, 2018 |

# TECHNICAL

**Subject:** Message Displaying Shift to Park when in Park

> This Bulletin replaces PIT5616C. Please discard PIT5616C.

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| Chevrolet | Malibu | 2016 | 2018 | | | All | All |
| | Traverse | 2018 | 2018 | | | | |
| GMC | Acadia | 2017 | 2018 | | | | |

| Involved Region or Country | North America and N.A. Export Regions |
|---|---|
| Condition | Some customers may comment on an intermittent Shift to Park message when in Park and turning off the vehicle. |
| Cause | The cause of the condition may be the park switch in the transmission control (shifter) assembly not pulling BCM signal low to electronically show Park condition. |
| Correction | Replace the transmission control (shifter) assembly. |

## Service Procedure
Refer to *Transmission Control Replacement* in SI.

## Parts Information

| Causal Part | Description | Part Number | Qty |
|---|---|---|---|
| X | Control, A/Trans | 13528228 (Acadia) | 1 |
| X | | 13520828 (Malibu) | 1 |
| X | Control ASM-A/Trans (W/O Base) | 13528229 (Traverse) | 1 |

## Warranty Information
For vehicles repaired under warranty, use:

| Labor Operation | Description | Labor Time |
|---|---|---|
| 8460670 | Transmission Control Replacement | Use Published Labor Operation Time |

| Version | 2 |
|---|---|
| Modified | Released October 3, 2018<br>December 13, 2018 – Added the Traverse model and Parts Information. |



GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer". They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.

**WE SUPPORT VOLUNTARY TECHNICIAN CERTIFICATION**

Copyright 2018 General Motors LLC. All Rights Reserved.