# EXHIBIT D



# Service Bulletin

Bulletin No.: 19-NA-206
Date: September, 2019

## TECHNICAL

**Subject:** Intermittent Shift to Park Message Displayed While Vehicle in Park

This Bulletin replaces 18-NA-297. Please discard 18-NA-297.

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| Chevrolet | Blazer | 2019 | 2019 | | | All | All |
| | Malibu | 2016 | | | | | |
| | Traverse | 2018 | | | | | |
| | Volt | 2016 | | | | | |
| GMC | Acadia | 2017 | | | | | |
| Holden | Acadia | 2019 | | | | | |

| Involved Region or Country | North America, Europe, Russia, Middle East, Israel, South America, Japan, South Korea, China, Thailand, Australia, New Zealand, Africa |
|---|---|
| Condition | Some customers may comment on seeing an intermittent Shift to Park message when the vehicle has been shifted into Park, and the ignition has been turned to the Off position. |
| Cause | The cause of the condition may be that the park switch in the transmission control (shifter) assembly is not pulling the BCM signal low to electronically show that the vehicle is in the Park position. |

*Copyright  2019 General Motors LLC. All Rights Reserved.*

| | |
|---|---|
| **Correction** | <br>5386336<br>Verify the condition and following the steps in the Service Procedure below, install an In-line Shifter Wire Harness Jumper between the shifter base connector and the console harness connector. |

## Service Procedure

1. Park the vehicle in a repair stall and turn the ignition off.



5386339

2. Remove the transmission control lever knob (3). Refer to *Transmission Control Lever Knob Replacement* in SI.

**Important:** Cleaning the Park Switch electrical contacts is a very critical part of the repair procedure. Ensure these steps are not overlooked.

3. Clean the Park Switch electrical contacts by doing the following steps:



5386341

   3.1. Depress the actuation rod fully with your thumb or a trim stick.
   3.2. Release the actuation rod by sliding your thumb or the trim stick off the rod, allowing the rod to "snap" back to the full up position.
   3.3. Repeat 50 times.
4. Start the vehicle and verify that the Shift to Park message is NOT displayed:
   - If the Shift to Park message IS still displayed, stop here and replace the shift control assembly. Refer to the appropriate *Transmission Control Replacement* in SI.
   - If the Shift to Park message IS NOT displayed, proceed ahead to step # 5.



5386344

**Note:** On most models, to gain access to the shift control wiring connector, it will only be necessary to remove the front floor console trim plate, however some of those procedures involve repositioning the console assembly.

**Tip:** On some models, it may be necessary to remove the front floor console trim plate AND reposition the console assembly. For those models, refer to *Front Floor Lower Console Replacement* in SI.

5. Remove the front floor console trim plate. Refer to the appropriate *Front Floor Console Trim Plate Replacement* in SI.
6. Disconnect the body harness from the Shift Control assembly.



5404694

**Caution:** Ensure the jumper harness is not twisted or kinked in a 90 degree position.

7. Install the In-line Shifter Harness Jumper on the Shift Control assembly, and then connect the other end to the Body Harness.

8. Start the vehicle and verify that the Shift to Park message is NOT displayed.
9. Reinstall the front floor console trim plate and any other console and/or trim panels removed. Refer to the appropriate replacement procedures in SI.



5386339

10. Reinstall the transmission control lever knob (3). Refer to *Transmission Control Lever Knob Replacement* in SI.

## Parts Information

| Causal Part | Description | Part Number | Qty |
|---|---|---|---|
| N/A | HARNESS ASM-A/TRNS CONT WRG | 84733196 | 1 |

## Warranty Information

For vehicles repaired under the Bumper-to-Bumper coverage (Canada Base Warranty coverage), use the following labor operation. Reference the Applicable Warranties section of Investigate Vehicle History (IVH) for coverage information.

| Labor Operation | Description | Labor Time |
|---|---|---|
| 5480738* | In-line Shifter Wire Harness Jumper Installation | Blazer - 0.3 hr |
| | | Malibu - 0.3 hr |
| | | Traverse - 0.4 hr |
| | | Volt - 0.4 hr |
| | | GMC Acadia - 0.6 hr |
| | | Holden Acadia - 0.7 hr |

*This is a unique Labor Operation for Bulletin use only.

| **Version** | 2 |
|---|---|
| **Modified** | Released September 11, 2019 |
| | September 19, 2019 – Removed the Camaro model. |

**GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer".** They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, **DO NOT** assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.

**WE SUPPORT VOLUNTARY TECHNICIAN CERTIFICATION**